Michael McShane (SBN 127944)
mmcshane@audetlaw.com
Ling Y. Kuang (SBN 296873)
lkuang@audetlaw.com
**AUDET & PARTNERS, LLP**
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 568-2555
Facsimile: (415) 568-2556

*Additional Counsel on Signature Block*

*Counsel for Plaintiff Barbara Kopels*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA KOPELS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Evig LLC dba Balance of Nature and Dr. Douglas Howard,<br><br>Defendants. | **Civil Action No.**<br>**CLASS ACTION COMPLAINT**<br>**JURY TRIAL DEMANDED** |

Plaintiff BARBARA KOPELS brings this action on behalf of herself and all other California consumers similarly situated against Defendants EVIG LLC DBA BALANCE OF NATURE AND DOUGLAS L. HOWARD, ("Defendants") and alleges upon personal knowledge as to her own acts and experiences and, as to all other matters, upon information and belief:

## FACTUAL ALLEGATIONS

### *BALANCE OF NATURE*

### BACKGROUND FACTS

1.      Since at least 1997, Defendants have marketed purported fruit and vegetable dietary supplement products – Balance of Nature Fruits and Balance of Nature Vegetables under the Balance of Nature brand name (hereafter referred to as "Balance of Nature" or "Balance of Nature products").[1]

2.      Balance of Nature is currently sold as a combination package one bottle of the fruits and one bottle of the vegetables. It is not clear and discovery will flesh out whether at some earlier point in time consumers could purchase either product on its own.

3.      Defendants currently sell these products on their website as well as on Amazon. At both points of sale consumers are encouraged to subscribe on a monthly basis to receive their Balance of Nature products.

4.      Throughout the class period Defendants have promoted and delivered the same marketing message and representations regarding the Balance of Nature products – that they will provide consumers with more energy, improve their health and well-being as well as fill in the gaps in the nutrition they receive from their diets.

5.      As more fully alleged below, Plaintiff purchased the products in reliance on the above representations – to-wit that by taking the Balance of Nature products

---

[1] Defendants also sell a fiber and spice product that is not the subject of this lawsuit at this time. Defendants recommend on their website pairing their Fruit and Veggies supplement with their Fiber and Spice supplements.

CLASS ACTION COMPLAINT

1   she would have more energy, improve her health and overall well-being as well as fill
2   in gaps in the nutrition she received from her diet.

3       6.      At some time prior to the filing of this lawsuit Defendants sold their
4   products through brick-and-mortar stores such as Walmart, Macy's and the like as
5   well as their web site.

6       7.      But some time prior to the filing of this lawsuit Defendants limited sales
7   to those on online sales on Amazon, Walmart as well as other retailers and their web
8   site.

9       8.      On both the product bottles sold on Defendants' website, online and the
10  bottles that were sold in brick-and-mortar stores, a variety of fruits are depicted on the
11  front of the Fruit bottles from oranges to grapefruit, various berries, papaya,
12  pineapple, grapes, bananas, apples and so on.

13      9.      A variety of vegetables are depicted on the front of the Vegetable bottles
14  from carrots to cabbage, carrots, beets, lettuces, celery, cauliflower and so on.

15      10.     As further evidence of Defendants' willingness to make false claims
16  about their Balance of Nature products, early on and as late as 2019 which is prior to
17  the class period for this case, Defendants illegally marketed and sold these products
18  for the treatment, cure, mitigation or prevention of various ailments and diseases
19  including the common cold, pneumonia, diabetes, arthritis, lowering cholesterol, MS,
20  asthma, cancer, and Covid.

21      11.     Because Defendants did not obtain approval of these disease claims
22  through the required new drug approval process ("NDA"), on August 20, 2019, the
23  FDA issued a warning letter to defendants noting that Defendants were marketing
24  their products based upon unapproved and illegal disease claims.

25      12.     The FDA ultimately sued Defendants and Defendants entered into a
26  consent decree in which they agreed to, among other things, no longer make disease
27  claims.

28

CLASS ACTION COMPLAINT

13.     While the foregoing is deep background regarding the lengths to which Defendants were willing to stoop to sell Balance of Nature to unsuspecting consumers, this case is not about Defendants' illegal marketing of their Balance of Nature products as drugs.

14.     Rather, in addition to Defendants' initial illegal marketing of the Balance of Nature Products as drugs, at least as early as 2019/2020, the exact date to be determined during discovery, Defendants began making false, deceptive or misleading dietary supplement health and well-being claims about the purported benefits of taking Balance of Nature which they continue to this day.

15.     For example, one of its video advertisements that appeared on its website, as well as being run as part of a nationwide blitz of television ads airing in states including California, features the founder of Balance of Nature products, Defendant Dr. Douglas Howard, who looks into the camera and says:

> Eating Balance of Nature Fruits and Veggies is not replacing the fruits and vegetables in your diet, it is fruits and vegetables in your diet. Ask yourself, how many servings of fruits and vegetables have I eaten today? Have you eaten 1, 2, 3 and from how many varieties? Most people are less than three. Our body is an amazing chemical laboratory. *And when you give it the right chemistry it functions the best.* Balance of Nature is 31 fruits and vegetables, prepared in a way that gives *you the ultimate whole food fruit and vegetable chemistry*. Let Balance of Nature help you supplement your fruit and vegetable intake *for a lot less money and a lot less work and a much higher quality of life*.

*See* https://www.youtube.com/watch?v=-B0cytQ4gI8.

16.     In another ad Dr. Howard claims that Balance of Nature "gives your body the chemistry it needs to help your cells run at their optimum." *See* https://www.youtube.com/watch?v=bzFKAGw_-D0&feature=youtu.be.

17.     Virtually every statement Dr. Howard makes in these two videos is either false, misleading or deceptive or is an intentional half-truth that deceives consumers into believing that buying and taking the recommended daily dose of the Balance of Nature products will provide them with meaningful nutrition that will help supplement

CLASS ACTION COMPLAINT

their diet and fill in any nutritional gaps that may arise from not consuming the daily requirements of fruits and vegetables – and that Balance of Nature is the "ultimate whole food fruit and vegetable chemistry" that, "for a lot less money" will provide a "higher quality of life."

18.    The advertisements described above are a few examples of the deceptive ads run by Defendants during the class period on both their website and in nationwide television ad campaigns.

19.    The sum and substance of these ads communicates one unitary message - that by taking Balance of Nature Fruits and Vegetables a consumer will feel more energetic, healthier and fill in gaps in their nutrition. *See* https://www.youtube.com/watch?v=BW5BPVEcaao (Grey haired woman says that Balance of Nature helps her keep an active lifestyle), https://www.youtube.com/watch?v=-scf3DGA7tM (Ruthie – an older woman claims Balance of Nature gives her more energy); https://www.youtube.com/watch?v=dIz2c9sgWEk (60 year old physical trainer who feels like she has the energy level of a 27 year old from taking Balance of Nature), https://www.youtube.com/watch?v=UFkCQyI_kXw (Grey haired grandmother says she wants to stay healthy and claims that taking Balance of Nature makes her feel "great"); https://www.youtube.com/watch?v=dQkDvrJ2uQY (Grey haired man says that he always wanted to take up surfing and Balance of Nature helped him do it, that he plans on surfing till he's 80 and he doesn't think he could do it without Balance of Nature); https://www.youtube.com/watch?v=GFH47tuUnok (76 year old women claims that she always had to take a nap after lunch, she just couldn't keep her eyes open, until she started taking Balance of Nature – "I want to keep living my life with energy and Balance of Nature helps me do that")); https://www.youtube.com/watch?v=qJksR3x4S00 (Husband and wife in their early 40s or so take Balance of Nature because they get more energy from it); https://www.youtube.com/watch?v=93cBiZtAuPw1 (voice over asserts that thousands

of nutrients found naturally in whole fruits and vegetables taking 31 of the highest quality fruit and vegetables in Balance of Nature, freeze-dried and encapsulated so that one can get the fruits and vegetables they need).

20.    The foregoing are just a sample of the advertisements that Defendants have run on their web site and on TV claiming that taking Balance of Nature will provide one with the energy to become more active and healthier as well as improve one's health and well-being and fill in gaps in the nutrition they receive from their diets.

21.    This same marketing message is employed by Defendants to this day. *See* https://www.ispot.tv/ad/TSha/balance-of-nature-personal-success-story-albert-35-off (relic hunter relates that he needs to walk ten miles at a time and that he has taken Balance of Nature for four years) (last visited Apr. 8, 2025); https://www.ispot.tv/ad/TfnZ/balance-of-nature-rocco-c (man 77 years old but feels like he is in his fifties, and after taking Balance of Nature for two months he feels "better"); https://www.ispot.tv/ad/fN27/balance-of-nature-phil-simms-supplements (former NFL quarterback says he has been taking Balance of Nature for over two years and that he "feels great" because "he knows it works"; that he wished he had the product when he was a professional football player; and that what Balance of Nature does for him is that he is "doing the right thing to live a better life," though he is a paid endorser of these products and legally required to disclose this fact it is not disclosed in this ad) (last visited Apr. 8, 2025); https://www.ispot.tv/ad/fN27/balance-of-nature-phil-simms-supplements (woman says that aging does not mean growing old and recommends Balance of Nature to maintain "your well-being" (last visited Apr. 8, 2025); https://www.ispot.tv/ad/6fMG/balance-of-nature-dr-strausburgs-success-story (doctor says that Balance of Nature fills the void in the fruit and vegetable area and when he started taking these products he "felt better") (last visited Apr. 8, 2025).

22.    As the above demonstrates, throughout the last four years, Defendants have made the same basic false, misleading or deceptive claims about their Balance of

– 5 –

Nature products – that they contribute to one's health and well-being, provide energy and fill in the gaps in the nutrition that one receives from their diets.

23.    Yet, as set forth herein, nothing could be further from the truth.

24.    Balance of Nature is sold on its website for $89.95 for a one-time purchase or at a 22% discount of $69.95 for a one-time member fee of $24.95 and agreement to receive a shipment every 28 days.

25.    Assuming a consumer chose to subscribe at the discounted rate of $69.95, a daily dose of Balance of Nature Fruits and Veggies would cost $2.33. However, the contribution of this daily dose to one's daily nutritional needs is trivial.

26.    For instance, a daily dose of Balance of Nature provides a mere 2.747 mg of vitamin C at a cost of $0.85 per mg: the Recommended Dietary Allowance (RDA) is 90mg for men and 75mg women.

27.     By way of comparison, that same consumer could pay $0.09 for a daily dose of Centrum Silver Multivitamin that provides 100 mg of vitamin C at a cost of less than one cent ($0.009) per mg along with numerous other key nutrients in amounts that meet or exceed the daily requirements.[2]

28.    Balance of Nature does not cost less or, more importantly, fill any gaps in consumers' daily nutritional needs.

29.    If the comparator for the "costs less" is actual fruit or vegetables, the numbers are no better as an orange has a retail cost of approximately $1 at retail and contains 51mg of vitamin C at a cost of $0.02 per milligram.

30.    As will be seen below, the same math applies to virtually all of the vitamins or nutrients found in a serving of Balance of Nature Fruits and Veggies – not only do they but the costs of the nutrients per serving in the Balance of Nature

---

[2] The vitamin C in Centrum Silver is the same molecule as the vitamin C in the Balance of Nature products. Moreover, Centrum Silver is chosen as a comparator because, for the most part, Balance of Nature is marketed to those over 50 as is Centrum Silver. However, if one uses Centrum Adults as a comparator, a 200 tablet bottle costs 5 cents per tablet and provides 60mg of vitamin C.

CLASS ACTION COMPLAINT

products are shockingly excessive.

31.    To start, there is one thing that is abundant in the Balance of Nature Products – in a combined Fruit and Veggies daily 4 g dose of "Blends" – 1.5 g is sugar.[3]

32.    Almost 40% of the Balance of Nature products are comprised of sugar. To put it in terms of cost – consumers are paying $0.93 for 1.5 g of sugar – the single largest component of the Balance of Nature products by multiples of multiples – when sugar at retail costs approximately $0.02 per gram.[4]

33.    Consumers are paying close to 70 cents per gram for the sugar in Balance of Nature or almost 35 times the retail cost of sugar.

34.    The failure to disclose that consumers are grossly overpaying for a product that is almost 40% sugar is, in itself, a material concealment of the price gouging/gross overcharging committed by Defendants. It is also a material concealment of the fact that almost 40% of the Balance of Nature products are vacant calories provided by sugar, yet because it is in such small amounts, the sugar in Balance of Nature provides no perceptible energy boost.

35.    Those who may have bought Balance of Nature at brick and mortar stores, online or Defendants' web site would have done so based upon the labeling claims that have been and still are just as misleading and deceptive.

---

[3] The levels of nutrition set forth in this complaint are nowhere to be found in any of the information provided by Defendants either on the products labeling, on its website or in Defendants' advertising of the Balance of Nature Products.

[4] A four-pound bag of sugar costs $0.81 per pound at Walmart. https://www.walmart.com/ip/Great-Value-Pure-Granulated-Sugar-4-lb/10315162. There are 453.592 grams of sugar in a pound at a cost of approximately 0.00178 cents per gram of sugar – rounded out that's 2 cent per gram.

CLASS ACTION COMPLAINT

1      36.    As alleged above, until recently, and at least as early as 5/01/21,[5] during

2  the time period when Plaintiff bought her Balance of Nature products, on the top front

3  of the Balance of Nature labels was a prominent banner with the following: "Real

4  Food – Real Science – Real Nutrition."



[5] Exhibit G is a copy of Defendants' Balance of Nature products on 3/1/23 retrieved by using the Wayback Machine. Sometime after 1/30/24, Defendants removed the "real" banners from the top front of the labeling but they continued to make the same overarching message to consumers – that taking Balance of Nature would provide consumers with more energy, improve one's health and well-being and fill in the gaps in one's nutrition.

– 8 –



37.     And as discussed in further detail below, Defendants also used and continue to use false and misleading descriptors of the three "blends" purportedly contained in both the Fruits and Vegetable products – describing them as "Maintain" "Fend" and "Refresh" blends furthering Defendants' overarching theme that these products provide real health and energy benefits. These descriptors remain on the current version of the Balance of Nature Fruit and Vegetable products and continue Defendants' false and misleading representations about the purported health benefits

CLASS ACTION COMPLAINT

of the Balance of Nature Fruits and Vegetables. *See*

https://balanceofnature.com/products/fruits-veggies (last visited Mar. 10, 2025).

38.    As set forth below, each of these claims is misleading and deceptive when read in the context in which they are made.

## DEFENDANTS' LABELING CLAIMS OF "REAL NUTRITION" ARE MISLEADING AND DECEPTIVE

39.    The banner headline "real nutrition" at the top of each label is, at a minimum, a half-truth calculated to deceive consumers, as the amount of "real nutrition" in a combined daily dose of Balance of Nature Fruits and Veggies is so small as to be trivial.[6]

40.    The "real nutrition" banner on the front of each label imparts a concrete message to the reasonable consumer - that by taking Balance of Nature they will obtain nutrition that will meaningfully supplement whatever shortfalls they may have in their daily intakes of fruits and vegetables and contribute to their overall health.

41.    Again, nothing could be further from the truth.

42.    For instance, the RDA for fiber is 38g for men and 25g for women 19-50 years of age respectively, and 30 and 21 grams respectively for men and women over 50. In accordance with the RDAs, the Daily Value for fiber is 28 grams, however the average person's daily intake is around 15 grams, for an average daily shortfall of 10-13 grams.

43.    Balance of Nature Veggies contains 0.5 grams of fiber and Balance of Nature Fruits contains 0.3 grams of fiber for a combined grand total of 0.8 grams of fiber in the recommended daily dose.

---

[6] It appears that, at some point in time Defendants may have sold Balance of Nature Fruits and Balance of Nature Veggies, as separate products with the same banners at the top of the labels "Real Food" "Real Science" and "Real Nutrition" and that at some point began selling them as a package. The deception committed by the Defendants in connection with the sale of the combined product is that much worse when, for example, the claim "real nutrition" is applied to either the Fruit or Veggie products alone.

CLASS ACTION COMPLAINT

44.    Thus, a daily dose of the combined fruit and veggies Balance of Nature products – which costs $69.95 for a thirty (30) day supply - or $2.33 per day – supplies less than one gram of fiber – hardly "real nutrition" when the Daily Value is 28 grams and the shortfall is 10 grams per day.

45.    Moreover, as noted above, Defendants market Balance of Nature as helping to fill in the gap between what our daily requirements are and what we eat for a variety of vitamins as well as fiber.

46.    Providing less that one gram of fiber when our average daily shortfall is 10 grams is hardly "real nutrition" and does not provide any meaningful supplementation to fill in the gap – particularly when one considers that a daily dose of Balance of Nature Fruits and Veggies costs $2.33 per day.

47.    For instance, if one tried to fill the 10 gram gap in meeting their daily requirements of fiber solely from taking Balance of Nature Fruits and Veggies, it would cost them close to $24 per day.

48.    An apple – which on average costs $1.00 - provides 4.4 grams of fiber but to gain that amount of fiber from Balance of Nature would cost almost ten times more at a little more than 10 dollars.

49.    Or if one wants to go the route of a supplement, by way of comparison, one dose of Metamucil fiber gummies contains 5 grams of fiber per serving at a cost of 21 cents per day – while the same amount of fiber from Balance of Nature would cost $14.02 per day – or 67 times more than what a simple 5 gram fiber gummy would cost. *See* https://www.amazon.com/Metamucil-Supplement-Gummies-Orange-Prebiotic/dp/B0BDP24LP4/.

50.    The same is true for the other vitamins and nutrients found in the Balance of Nature Fruit and Veggie products.

51.    For instance, Balance of Nature Fruits provides 1.88 mg of vitamin C and Balance of Nature Veggies provides 0.867 mg of vitamin C for a combined total of 2.747 mg of vitamin from a daily dose that costs $2.33.

– 11 –

CLASS ACTION COMPLAINT

52.    The Recommended Dietary Allowance ("RDA") for vitamin C for women is 75 mg and 90 mg for men.

53.    Thus, if the objective is to fill in the gap between consumers' intake and the daily requirement, an additional 2.747 mg of vitamin C does not provide a meaningful contribution. The combined daily dose of vitamin C in Balance of Nature Fruit and Veggies does not constitute "real nutrition" from a reasonable consumer's viewpoint.

54.    For example, a $2.33 daily dose of combined fruits and veggies provides a mere 4.6% of the daily requirement for vitamin C when for $.09 per day a Centrum Silver 50+ provides 67% of the daily requirement. To get the same amount of vitamin C from the Balance of Nature product would cost upwards of $36.00.

55.    The same is true for all of the key vitamins as a $2.33 daily dose of the Balance of Nature products provide 0.4% of the daily requirement of vitamin B2 and 0.2% vitamin B3 whereas a Centrum Silver provides 131% of the daily requirement of B2 and 125% of the vitamin B3.

56.    In sum, a daily dose of the Balance of Nature products provides minimal to trivial amounts of key nutrients all at an exorbitant cost:

- Vitamin C – 4.6% of the daily requirement (Centrum Silver provides 67%)
- Potassium – 1.7% of the daily requirement (Centrum Silver – 2%)
- Calcium – 1.6% of the daily requirement (Centrum Silver – 17%)
- Vitamin B 2 – 0.4% (Centrum Silver 131%)
- Vitamin B 3- 0.2% (Centrum Silver 125%)
- Folate – 2.2% (Centrum Silver 167%)
- Vitamin A – 9.7% (Centrum Silver 83%)
- Vitamin E – 1.1% (Centrum Silver 150%)
- Vitamin K – 20.5% (Centrum Silver 25%)

– 12 –

57.    Reasonable consumers would expect that a product that claims it provides "real nutrition" or that it fills in gaps in their nutrition would provide nutrition that would meaningfully contribute to their overall health and well-being and yet as the above demonstrates, nothing could be further from the truth.

58.    In addition, while Defendants made express claims about the material nutritional benefits of the Balance of Nature products, the nutritional values set forth above are concealed from consumers as nowhere on the product labeling or on their website are the nutritional values of the products provided.

59.    Instead, on the back of the labels, Defendants tell consumers of the Balance of Nature Fruits that each product contains three blends each containing an amorphous combination of fruits or vegetables that Defendants call (1) a maintain blend (2) a fend blend and (3) a refresh/repair blend – each of which imparts false or deceptive messages that the Balance of Nature products maintain, fend and refresh/repair when the trivial amount of nutrition they provide could do no such thing.

60.    Defendants' failure to provide the actual nutritional values while claiming that the products fill in nutritional gaps and help "maintain", "protect", and "repair" is a material omission.

61.    The nutrition provided by Balance of Nature is trivial.

62.    A daily dose of Balance of Nature combined Fruits and Veggies contains less than 3 mg of vitamin C, an orange has 59 mg of vitamin C (https://fdc.nal.usda.gov/fdc-app.html#/food-details/746771/nutrients) and even a banana has close to 9 mg of vitamin C and 358 mg of potassium (https://fdc.nal.usda.gov/fdc-app.html#/food-details/173944/nutrients).

63.    Likewise, one tomato provides 13.7 mg of vitamin C and 237 mg of potassium (https://fdc.nal.usda.gov/fdc-app.html#/food-details/1103276/nutrients) and one potato provides 19.7 mg of vitamin C and 425 mg of potassium (https://fdc.nal.usda.gov/fdc-app.html#/food-details/170026/nutrients).

– 13 –
CLASS ACTION COMPLAINT

64.     In short, a daily dose of Balance of Nature Fruit and Veggie falls far short of providing any meaningful nutrition as its marketing either expressly or impliedly represents.

65.     Plaintiffs have conducted a search of PUBMED for any reported clinical trials on the Balance of Nature Products and have found none.

66.     Defendants used to cite on their web site to a few unpublished studies conducted at Pavlov Medical University in St. Petersburg, Russia – where Dr. Howard claims to have received a medical degree, but these clinical trials, are not peer-reviewed and most important concern the effects of Balance of Nature on diseases - cancer and cirrhosis.

67.     But given that Defendants have agreed to withdraw any and all references to Balance of Nature and its effects on diseases, clearly these two studies cannot be the "real science" to which the labeling refers in the context of their being dietary supplements.

68.     One other study on lactation in rats was also once cited on Defendants' web site, but clearly, whatever this study may or may not show, it has nothing to do with the representations discussed above regarding Balance of Nature as a dietary supplement.

## THE CLAIMS MADE ON THE BACK OF THE LABELS ARE FALSE AND MISLEADING

69.     On the back of the label where consumers expect to see nutrition information Defendants further their falsehoods and mislead consumers.

70.     In fact, what is on the back of the labels further conceals what Defendants know – that Balance of Nature has no meaningful nutritional value.

71.     On the back of the veggies bottle Defendants state that there is 720mg of what Defendants call a "Maintain Blend" comprised of "Broccoli (whole head), spinach (leaf), soybean (seed), green cabbage (head), wheatgrass (leaves), kale (leaf), cauliflower (whole head), celery (stalk), white onion (bulb) zucchini (fruit)".

72.     By calling the combination of freeze-dried/pulverized vegetables the "maintain blend", defendants falsely impart the message that taking Balance of Nature will maintain one's health or well-being, when, as set forth above there is no possible meaningful nutrition provided by the products.

73.     On the back of the label of Balance of Nature veggies defendants state that there is also 713 mg of what they call a "Protect Blend" or "Fend Blend" comprised of "garlic (clove), red cabbage (head), red onion (bulb), soybean (seed), carrot (root), kale (leaf), cayenne pepper (fruit and seeds), shitake mushroom (whole) wheatgrass (leaves) sweet potato (tuber).

74.     By calling the combination of freeze-dried/pulverized vegetables the "protect blend" or "fend blend", defendants falsely impart the message that taking Balance of Nature will provide some sort of protection for one's health, when, as seen above, the level of nutrients in the veggie blend is negligible.

75.     Finally, on the back of the Balance of Nature veggies Defendants represent that it contains 576mg of yet another blend which they call "Repair Blend" or "Refresh Blend" that purportedly contains "carrot (root), kale (leaf), green onion (scape), soybean (seed), spinach (leaf), cauliflower (whole head), celery (stalk), zucchini (fruit), imparting that this product will somehow repair consumers health or bodies.

76.     The Balance of Nature Fruits product is no different as, per Defendants, it too has three blends "maintain (731 mg), protect/fend (719 mg) and repair (561 mg)", each containing entirely different ingredients in their respective "maintain" "protect/Fend" and "repair" blends than those on the back of the Vegetable label.

77.     By representing that the Balance of Nature veggie and fruit products contain blends called "maintain", "protect" and "repair" Defendants are falsely or deceptively representing that the Balance of Nature products maintain, protect/fend and repair one's health when it is not possible for these products to do anything at all other than lighten the pocketbooks of consumers.

– 15 –

CLASS ACTION COMPLAINT

78.     Plaintiff brings this action on behalf of herself and other similarly situated California consumers who purchased the Balance of Nature products, to obtain redress for those who have purchased these products from the three years prior to the filing of this action. Accordingly, Plaintiff seeks compensatory damages and any equitable remedies for herself and members of the Proposed Class.

## JURISDICTION AND VENUE

79.     This Court has original jurisdiction pursuant to 28 U.S.C. §1332(d)(2). The matter in controversy, exclusive of interest and costs, exceeds the sum or value of $5,000,000 and is a class action in which there are in excess of 100 class members and some members of the Class are citizens of a state different from Defendants.

80.     This Court has personal jurisdiction over Defendants because the corporate Defendants are authorized to conduct and do business in California, including this District and sell their Balance of Nature products to consumers in California and in this District. And it was the individual Defendant who also caused the Balance of Nature products to be marketed, promoted, distributed, and sold in California. For instance, in his capacity as spokesperson for Balance of Nature Products, Dr. Douglas Howard has broadcast and starred in nationwide advertisements for the Balance of Nature products which have been shown in California. As a result, all Defendants have sufficient minimum contacts with this State and/or have sufficiently availed themselves of the markets in this State through their promotion, sales, distribution and marketing within this State, including this District, to render the exercise of jurisdiction by this Court permissible.

81.     Venue is proper in this Court pursuant to 28 U.S.C. §§1391(a) and (b) because a substantial part of the events giving rise to Plaintiff's and members of the Class's claims occurred while she and they resided in this judicial district. Venue is also proper under 18 U.S.C. §1965(a) because Defendant transacts substantial business in this District.

1

**PARTIES**

2    82.    During the relevant time period (e.g. no more than three years prior to the

3    filing of this lawsuit), Plaintiff Barbara Kopels resided within this district in Murrieta,

4    California. Plaintiff saw Balance of Nature advertised on Fox News shortly before she

5    made her first purchase on February 13, 2023. The message she received and relied

6    upon from seeing Balance of Nature on television was consistent with the overarching

7    message presented on the Balance of Nature labeling, the YouTube advertisements

8    and on Defendants' web site – that taking the Balance of Nature products would fill in

9    the gaps in the nutrition she obtained from eating food, provide her with health

10    benefits, and revitalize/energize her. Likewise, when she went to Defendants' web site

11    she also saw the labeling which further confirmed the message she had seen on TV –

12    that Balance of Nature would fill in gaps in her nutrition, provide health benefits and

13    revitalize/energize her. Plaintiff Kopels subscribed to the purchase of the Balance of

14    Nature products from Defendants online and paid for the products by credit card from

15    February 13, 2023, through November 10, 2023. She paid approximately $49.95 to

16    $69.95 per month for seven months in total. She discontinued her purchasing of

17    Defendants' Balance of Nature Products when she concluded that despite taking the

18    products for an extended period that the products did not provide her the represented

19    benefits detailed above. That is because the Balance of Nature products Plaintiff

20    Kopels purchased did not and could not provide such benefits. As a result, Plaintiff

21    Kopels suffered injury in fact and lost money. Had Plaintiff known the truth about

22    Defendants' misrepresentations, she would not have purchased the Balance of Nature

23    products.

24    83.    While she cannot recall the precise TV ads she saw, they all convey the

25    same message. The following are just some of the advertisements that Defendants

26    were running on television at or about the time that Plaintiff made her purchases.[7]

27

28    [7] While the specific ads Plaintiff can recall seeing or relying upon might be
determined after discovery, it is not required that she do so, particularly since these

These ads conveyed and imparted messages consistent with those that Plaintiff recalls relying upon and are consistent with what is stated on the product labeling:

(a)     Balance of Nature TV Spot, 'More Affordable Than You Think' Featuring Sebastian Gorka, iSpot.tv (Nov. 5, 2020), https://www.ispot.tv/ad/ttUa/balance-of-nature-coffee-culture-featuring-sebastian-gorka ("Sebastian Gorka compares the price of Balance of Nature to purchasing a couple cups of coffee a month. The radio show host asserts that the product is a much better deal because instead of consuming overpriced lattes, you are **improving your health**.") (emphasis added).

(b)     Balance of Nature TV Spot, 'Optometric Physician: Eye Health,' iSpot.tv (Nov. 5, 2020), https://www.ispot.tv/ad/ttUf/balance-of-nature-optometric-physician-eye-health ("Paul Gooch, an optometric physician, endorses Balance of Nature. He claims to recommend the supplements to his patients as **an easy way for them to get more nutrition.**") (emphasis added).

(c)     Balance of Nature TV Spot, 'Scientifically Formulated,' iSpot.tv (Dec. 27, 2020), https://www.ispot.tv/ad/triO/balance-of-nature-scientifically-formulated ("Balance of Nature stresses that meals impact every part of the human bodies. Because of this, the brand created its line of products, **which is said to be highly nutritious** and free of toxins.") (emphasis added)

(d)     Balance of Nature TV Spot, 'A Believer,' iSpot.tv (Feb. 5, 2021), https://www.ispot.tv/ad/tax4/balance-of-nature-a-believer ("A doctor was invited to be part of a year-long study on the effects of Balance of Nature supplements. He was pleasantly surprised to find that consumers responded positively to the products and says the supplements help get fruits and vegetables into the human body **for greater health benefits.**") (emphasis added).

(e)     Balance of Nature TV Spot, 'Diane the Gardener,' iSpot.tv (Mar. 19, 2021), https://www.ispot.tv/ad/OL3F/balance-of-nature-diane-the-

---

products are marketed to elderly persons., Plaintiff was exposed to, received and relied upon the same overarching message imparted by these ads, defendants' web site and Defendants' labeling – that the Balance of Nature products would fill in nutritional gaps, help her health or well-being and increase her energy.

CLASS ACTION COMPLAINT

gardener ("Diane, an avid gardener and flower-arranger, declares that she doesn't want to stop doing what she loves anytime soon. When **she began to accumulate both back and sleep problems**, she was worried **she'd never be able to garden again**; however, ever since she began taking Balance of Nature vitamins, **she's claims to be feeling great**.") (emphasis added).

(f)    Balance of Nature TV Spot, 'Whole Fruits and Vegetables: 35% Off,' iSpot.tv (May 20, 2021), https://www.ispot.tv/ad/Op1k/balance-of-nature-whole-fruits-and-vegetables-35-off ("Balance of Nature emphasizes the importance of **eating a diet rich in fruits and vegetables** because they are **scientifically proven to** provide numerous benefits to your body. Its supplements are said to consist of whole and natural produce that **provides your body with the nutrition it needs**.") (emphasis added).

84.    These videos or similar videos were running at or around the time Plaintiff made her purchases, and the messages conveyed and imparted are consistent with what was communicated, conveyed and imparted to her by Defendants, all of which led to her purchase of the products. These ads in combination with the Balance of Nature labeling imparted an overarching message that Balance of Nature provided health benefits, energy, and meaningful nutrition.

85.    Whether Plaintiff or the class members saw all of the ads listed in Paragraph 84, just one or a few, viewed the bottles at a brick and mortar store, or went to Defendants' web site, they would have received the same unitary message , – that the Balance of Nature products improve one's health and well-being,  provide energy and fill in the gaps in one's nutrition from their diets.

86.    Defendant Evig is a limited liability company incorporated in Nevada and in Utah as a foreign limited liability company with its principal place of business at 1568 S River Rd., St.200, St. George, UT 84790 ("Defendants' Establishment"), within the jurisdiction of this Court. Defendant Evig, an own-label distributor, sells and promotes three products labeled as dietary supplements under the brand name Balance of Nature: (1) Whole Produce Fruits, capsules, and (2) Whole Produce

CLASS ACTION COMPLAINT

Veggies, capsules. These products are manufactured by Premium Production, LLC using freeze dried fruits and vegetables in powder form.

87.    Defendant Dr. Douglas Howard was CEO/Manager of Evig prior to his transferring ownership to his son Douglas Howard. He was responsible for the products formulation as well as all of the misrepresentations, falsehoods and deceptions alleged herein in that as a spokesperson he has identified with, made, and endorsed the misrepresentations alleged herein.

## CLASS DEFINITION AND ALLEGATIONS

88.    Plaintiff brings this action on behalf of herself and all other similarly situated California consumers pursuant to Rule 23(a), (b)(2) and (b)(3) of the Federal Rules of Civil Procedure and seeks certification of the following Class:

**California-Only Class Action**

> All California consumers who, since three years prior to the date of the filing of this action purchased Balance of Nature until the date notice is disseminated. Excluded from this Class are Defendants and the officers, directors and employees of any related entity and those who purchased Balance of Nature for the purpose of resale.[8]

89.    ***Numerosity.*** The members of the Class are so numerous that joinder of all members of the Class is impracticable. Plaintiff is informed and believes that the proposed Class contains thousands of purchasers of Balance of Nature who have been damaged by Defendant's conduct as alleged herein. The precise number of Class members is unknown to Plaintiff.

90.    ***Existence and Predominance of Common Questions of Law and Fact.*** This action involves common questions of law and fact, which predominate over any

---

[8] Contemporaneous with the filing of this complaint, Plaintiff's counsel will send Defendants a 30-day letter under the CLRA and Warranty statutes, and if Defendants do not provide complete class-wide relief, Plaintiff will amend her complaint to add these claims as well.

CLASS ACTION COMPLAINT

questions affecting individual Class members. These common legal and factual questions include, but are not limited to, the following:

    (a)    whether Defendants' representations discussed above are misleading, or objectively reasonably likely to deceive;

    (b)    whether the alleged conduct constitutes violations of the laws asserted;

    (c)    whether Defendants engaged in false or misleading advertising;

    (d)    whether Plaintiffs and Class members have sustained monetary loss and the proper measure of that loss; and

    (e)    whether Plaintiff and Class members are entitled to other appropriate remedies the Court in the exercise of its discretion deems appropriate.

91.    ***Typicality***. Plaintiff's claims are typical of the claims of the members of the Class because, *inter alia*, all Class members were injured through the uniform misconduct described above and were subject to Defendants' deceptive, false and misleading representations as set forth above. Plaintiff is also advancing the same claims and legal theories on behalf of herself and all members of the Class.

92.    ***Adequacy of Representation***. Plaintiff will fairly and adequately protect the interests of the members of the Class. Plaintiff has retained counsel experienced in complex consumer class action litigation, and Plaintiff intends to prosecute this action vigorously. Plaintiff has no adverse or antagonistic interests to those of the Class.

93.    ***Superiority***. A Class action is superior to all other available means for the fair and efficient adjudication of this controversy. The damages or other financial detriment suffered by individual Class members is relatively small compared to the burden and expense that would be entailed by individual litigation of their claims against Defendants. It would thus be virtually impossible for members of the Class, on an individual basis, to obtain effective redress for the wrongs done to them. Furthermore, even if Class members could afford such individualized litigation, the court system could not. Individualized litigation would create the danger of

CLASS ACTION COMPLAINT

inconsistent or contradictory judgments arising from the same set of facts. Individualized litigation would also increase the delay and expense to all parties and the court system from the issues raised by this action. By contrast, the class action device provides the benefits of adjudication of these issues in a single proceeding, economies of scale, and comprehensive supervision by a single court, and presents no unusual management difficulties under the circumstances here.

94.     Unless a Class is certified, Defendants will retain monies received as a result of their conduct that was taken from Plaintiff and Class members.

## COUNT I
## Violation of Bus & Prof. Code §17200

95.     Plaintiff and Class members reallege and incorporate by reference each allegation set forth above and further allege as follows.

96.     Plaintiff brings her claims individually and on behalf of the Class.

97.     As alleged herein, Plaintiff has suffered injury in fact and lost money or property as a result of Defendants' conduct because she purchased Balance of Nature in reliance on Defendants' misrepresentations, deceptions and falsehoods alleged herein but did not receive a Product as represented.

98.     The California Code, Business and Professions Code (BCP § 17200, *et seq.*) and similar laws in other states, prohibits any "unlawful," "fraudulent" or "unfair" business act or practice and any unfair, deceptive, untrue, or misleading advertising.

99.     Defendants misrepresented on each and every Product package, their web site and TV commercials, the misrepresentations, falsehoods and deceptions alleged herein.

100.     Plaintiff and other members of the Class have in fact been deceived as a result of their exposure to and reliance on Defendant's material representations, which are described above. This has caused harm to Plaintiff and other members of the Class who each purchased the Balance of Nature Fruit and Vegetable products. Plaintiff and

– 22 –

the other Class members have suffered injury in fact and lost money as a result of these unlawful, unfair, and fraudulent practices.

101.   As a result of its deception, Defendants have been able to reap unjust revenue and profit.

102.   Plaintiff, on behalf of herself, all others similarly situated, and the general public, seeks restitution of all money obtained from Plaintiff and the members of the Class collected as a result of Defendants' consumer frauds.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for a judgment:

    A.    Certifying the Class as requested herein;

    B.    An award of Plaintiff's and the class's damages; or

    C.    Awarding restitution and disgorgement of Defendant's revenues to Plaintiff and the proposed Class members as unjust enrichment;

    D.    Awarding attorneys' fees and costs; and

    E.    Providing such further relief as may be just and proper.

Dated: May 1, 2025        **AUDET & PARTNERS LLP**

        By: */s/ Michael McShane*
        Michael McShane (CA SBN 127944)
        Ling Y. Kuang (CA SBN 296873)
        711 Van Ness Ave., Ste. 500
        San Francisco, CA 94102
        (415) 568-2555 (ofc)
        mmcshane@audetlaw.com
        lkuang@audetlaw.com

        **HART MCLAUGHLIN & ELDRIDGE**

        By: */s/ Stewart M. Weltman*
        Steven A. Hart, Esq. (*pro hac vice forthcoming*)
        Stewart M. Weltman, Esq. (*pro hac vice forthcoming*)
        Sean O'Malley, Esq. (*pro hac vice forthcoming*)
        One South Dearborn, Suite 1400
        Chicago, Illinois 60603

– 23 –

(312) 955-0545 (ofc)
shart@hmelegal.com
sweltman@hmelegal.com
somalley@hmelegal.com

**LEVIN SEDRAN & BERMAN LLP**

By: */s/  Charles E. Schaffer*
Charles E. Schaffer, Esq. (*pro hac vice forthcoming*)
510 Walnut St., Ste. 500
Philadelphia, PA 19106
(215) 592-1500 (ofc)
cschaffer@lfsblaw.com

**CUNEO GILBERT & LADUCA, LLP**

By: */s/  Charles LaDuca*
Charles LaDuca, Esq. (*pro hac vice forthcoming*)
4725 Wisconsin Ave., NW, Ste. 200
Washington, D.C. 20016
(202) 789-3960 (ofc)
charles@cuneolaw.com

***Counsel for Plaintiff and Proposed Class***

CLASS ACTION COMPLAINT